UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------x

RAVIDATH RAGBIR,

    Petitioner,

- against –

UNITED STATES OF AMERICA,

    Respondent.

---------------------------------------------------x

No. 2:17-cv-01256-KM

ORDER

**THIS MATTER,** having been opened to the Court by Lowenstein Sandler LLP, counsel for Petitioner Ravidath Ragbir, on notice to Respondent, and the Court having considered Petitioner's submission, and good cause appearing,

IT IS on this __19th__ day of January, 2018,

**ORDERED** that Respondents shall show cause before this Court at United States Post Office and Courthouse, Courtroom 4, Federal Square, Newark, New Jersey on __Feb. 9__, 2018 at __11:00 am__ why this Court should not grant Petitioner's application for an emergency stay of removal ordering that Petitioner not be removed from the United States for the duration of the pending coram nobis petition; and

**IT IS FURTHER ORDERED** that any opposition to the relief sought by Petitioner be served and filed no later than January __23__, 2018 and any reply by the Petitioner be filed and served no later than __Feb. 2, 2018__

**IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure 65(b) that the Respondent may not remove Petitioner from the United States prior to this Court's

adjudication of this motion, in order to preserve the Court's jurisdiction over the pending and fully briefed matter.

**SO ORDERED.**

_____
Hon Kevin McNulty U.S.D.J.